M. F. MARTIN and Curtis H. Young, Plaintiffs-Appellees,

v.

GREAT FIDELITY INVESTMENT COMPANY et al., Defendants-Appellants.

No. 30721.

United States Court of Appeals, Fifth Circuit.

Nov. 17, 1971.

Rehearing Denied Dec. 16, 1971.

John B. Ogden, Oklahoma City, Okl., J. Roy Hudspeth, Fort Worth, Tex., for defendants-appellants.

Olcott Phillips, McDonald, Sanders, Ginsburg, Phillips, Maddox & Newkirk, Fort Worth, Tex., for plaintiffs-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.